UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHEILA DIANE SPECK and husband, ERIC SPECK, ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA ) ) Defendant. ) | Case No. 3:21-cv-406 (COLLIER/POPLIN) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the parties and announce to the Court that all matters herein controversy between them have been compromised and settled out of Court, and that Plaintiffs, for valuable consideration, have executed a settlement agreement and release in full and final settlement of all claims against the United States arising out of the matters in controversy, including any and all subrogation interests or liens. As a result, the parties stipulate that Plaintiffs' cause of action should be dismissed with full prejudice to Plaintiffs against the re-filing of the same, that the United States be relieved from any and all further responsibility in this matter, and that Plaintiffs and the United States shall each bear their own discretionary costs and attorney's fees.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: *s/ Ben D. Cunningham*
Ben D. Cunningham (BPR #030122)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Ben.Cunningham@usdoj.gov
(865) 545-4167

&

SHEILA DIANE SPECK and ERIC SPECK

Plaintiffs

By: s/ W. Tyler Weiss
W. TYLER WEISS (BPR No. 028801)
409 N. College Street, Suite 1
Madisonville, TN 37354
Telephone: (423) 442-5353
tweiss@worthingtonweiss.com

2